UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GWENDOLYN C. PACE, et al.,

    Plaintiff,

v.

UNION SAVINGS BANK, et al.,

    Defendants.

Case No. 2:13-CV-00643
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

On August 15, 2013, Magistrate Judge Abel issued a Report and Recommendation in this case recommending dismissal of the complaint. Doc. 9. Upon careful analysis, the Magistrate Judge premised this recommendation on two conclusions: (1) the doctrine of *res judicata* barred the claims pleaded; and (2) the complaint failed to meet the pleading requirements according to Rule 8(a) of the Federal Rules of Civil Procedure. The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. The Report and Recommendation is **ADOPTED**. Accordingly, Plaintiffs' complaint is **DISMISSED**, and the Clerk is **DIRECTED** to enter judgment in accordance with this Order.

    IT IS SO ORDERED.

10-4-2013
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE