AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

**GWENDOLYN C. PACE, et al.,**

      **Plaintiff,**

**v.**

**JUDGMENT IN A CIVIL CASE**

**UNION SAVINGS BANK, et al.,**      **CASE NO. 2:13-CV-643**
      **JUDGE EDMUND A. SARGUS, JR.**
      **Defendants.**      **MAGISTRATE JUDGE MARK R. ABEL**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed October 4, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 4, 2013      JOHN P. HEHMAN, CLERK

      */S/ Andy F. Quisumbing*
      (By) Andy F. Quisumbing
      Courtroom Deputy Clerk